## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## LONDON DIVISION

| | |
|---|---|
| AMY JACKSON-BOLINGER, PAMELA JOHNSON, AND MELISSA NORTH *on behalf of themselves and all others similarly situated*,  Plaintiffs, v. AMERICORE HEALTH, LLC, et al., Defendants. | Civil Action No. 6:19-CV-152-REW |

### NOTICE OF COMMENCEMENT OF CHAPTER 11 BANKRUPTCY CASES

PLEASE TAKE NOTICE that on December 31, 2019, Americore Health Enterprises, LLC, Americore Health, LLC and certain of their affiliates and subsidiaries (collectively, the "Debtors") each filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Eastern District of Kentucky.  As a result, the Debtors commenced the cases proceeding as *In re Americore Holdings, LLC et al.*, Proposed Lead Chapter 11 Case No. 19-61608-grs.  Pursuant to section 362 of the Bankruptcy Code, this proceeding against the Debtors is stayed, and all actions taken in violation of the stay are null and void.

Respectfully submitted,

/s/ *Jared A. Cox*
Jared A. Cox
Aaron W. Marcus
Amanda L. Dohn
BINGHAM GREENEBAUM DOLL LLP
3500 PNC Tower
101 South Fifth Street
Louisville, Kentucky 40202
Telephone: (502) 589-4200
Fax: (502) 587-3695
E-mail: JCox@bgdlegal.com
AMarcus@bgdlegal.com
ADohn@bgdlegal.com

*COUNSEL FOR DEFENDANT AMERICORE HEALTH, LLC, AMERICORE HEALTH ENTERPRISES, LLC, AND AMERICORE HEALTH MANAGEMENT, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of January, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record through the ECF system.

/s/ *Jared A. Cox*
*COUNSEL FOR DEFENDANT AMERICORE HEALTH, LLC, AMERICORE HEALTH ENTERPRISES, LLC, AND AMERICORE HEALTH MANAGEMENT, LLC*