UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| AMY JACKSON-BOLINGER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 6:19-CV-152-REW |
| v. | ) | |
| | ) | |
| AMERICORE HEALTH, LLC, et al., | ) | ORDER |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Defendants Americore Health Enterprises, LLC, and Americore Health, LLC, advise that they (as well as certain affiliates and subsidiaries) have filed for bankruptcy and represent that this matter is subject to the automatic bankruptcy stay. DE 44. The Defendants' December 31, 2019, petitions now "operate[] as a stay on the 'continuation . . . of a judicial proceeding against the debtor.'" *See Vogel v. U.S. Office Prods. Co.*, 258 F.3d 509, 513–14 (6th Cir. 2001) (quoting 11 U.S.C. § 362(a)(1)). Accordingly, the Court **STAYS** this matter. The Court **ORDERS** the parties to file a joint status report **within 90 days** of this Order, and **every 90 days thereafter**, until the bankruptcy proceedings conclude. Further, the parties **SHALL** notify the Court **within 14 days** of the bankruptcy matter's conclusion

This the 9th day of January, 2020.



Signed By:
*Robert E. Wier*
**United States District Judge**

1