**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

| | |
|---|---|
| AMY JACKSON-BOLINGER, PAMELA JOHNSON, AND MELISSA NORTH *on behalf of themselves and all others similarly situated*, | ) ) ) ) ) |
| Plaintiffs, | ) Civil Action No. 6:19-CV-152-REW ) |
| v. | ) ) |
| AMERICORE HEALTH, LLC, et al., | ) ) |
| Defendants. | ) |

**NOTICE OF FILING**

Plaintiffs Amy Jackson-Bolinger, Pamela Johnson and Melissa North on behalf of themselves and all others similarly situated, have filed a motion requesting modification and relief from the automatic stay pursuant to 11 U.S.C. §362(D) as to the non-Americore Defendants. A copy of the filing is attached for the convenience of the parties and the Court.

Respectfully Submitted,

*/s/ Ronald E. Johnson, Jr.*
Ronald E. Johnson, Jr. (KY 88302)
Sarah N. Emery (KY 94261)
Hendy Johnson Vaughn Emery, PSC
909 Wright's Summit Parkway #210
Ft. Wright, Kentucky 41011
Tel. 859.578.4444
Facsimile 859.578.4440
rjohnson@justicestartshere.com
semery@justicestartshere.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed on this 18th day of February, 2020, through the Court's ECF system, which will send an electronic notice to all counsel of record.

*Ronald E. Johnson, Jr.*
Ronald E. Johnson Jr.