UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

| | |
|---|---|
| AMY JACKSON-BOLINGER, PAMELA JOHNSON, and MELISSA NORTH, on behalf of themselves and all others similarly situated, | |
| PLAINTIFFS, | CIVIL ACTION NO. 6:19-CV-152-REW |
| v. | *Electronically Filed* |
| AMERICORE HEALTH, LLC, et al., | |
| DEFENDANTS. | |

## JOINT STATUS REPORT

Plaintiffs and all Defendants except for the Americore entities (two of which are in bankruptcy, and one of which seems to have ignored this case entirely after its counsel withdrew) submit this joint status report pursuant to DN 45.

On June 24, 2020, following extensive negotiations, the parties submitting this joint status report reached a settlement in principle. In September, the parties finalized the terms of their settlement and memorialized those terms in writing. The settlement terms resolve the instant claims between the individuals who have retained Plaintiffs' counsel and all Defendants except for the Americore entities. The settlement terms do not address the claims of any putative class, but resolves the claims of the settling individuals only. To avoid any potential issues with the settlement that could arise by virtue of the fact that the applicable insurance policy was obtained by Pineville Community Hospital Association, Inc., an entity now in bankruptcy,[1] the parties are seeking approval from the bankruptcy court to pay the settlement funds. As soon as the bankruptcy court rules on the motion being filed by the parties, assuming approval occurs as

---

[1] *In re Pineville Community Hospital Association, Inc.*, Case No. 18-61486, United States Bankruptcy Court for the Eastern District of Kentucky, London Division.

expected, the parties should be able to proceed with settlement. The parties submitting this joint status report have no knowledge of any matter involving the Americore Defendants.

The parties will continue to provide the Court with joint status reports every 90 days.

| | |
|---|---|
| */s/ Ronald E. Johnson, Jr. (with permission)* <br> Ronald E. Johnson, Jr. <br> Sarah N. Emery <br> Hendy Johnson Vaughn Emery, PSC <br> 909 Wright's Summit Parkway #210 <br> Ft. Wright, Kentucky 41011 <br> Tel. 859.578.4444 <br> Facsimile 859.578.4440 <br> rjohnson@justicestartshere.com <br> semery@justicestartshere.com <br><br> *Counsel for Plaintiffs* | */s/ Carolyn Purcell Michener* <br> Chadwick A. McTighe <br> Marjorie A. Farris <br> Carolyn Purcell Michener <br> STITES & HARBISON PLLC <br> 400 West Market Street <br> Suite 1800 <br> Louisville, KY 40202-3352 <br> Telephone: (502) 587-3400 <br> Email: cmctighe@stites.com <br> mfarris@stites.com <br> cmichener@stites.com <br><br> *Counsel for Defendants Charles Bishop, Albey Brock, HD Cannington, John Combs, Mansfield Dixon, David Gambrel, Talmadge Hayes, Estate of John Garfield Howard, Johnny Jones, Greg Nunnelley, Jay Steele, Jerry Woolum, M.D., and The Pineville Community Hospital Administrative Services Agreement Health Care Plan* |
| */s/ Edward H. Stopher (with permission)* <br> Edward H. Stopher <br> BOEHL STOPHER & GRAVES, LLP <br> 400 West Market Street <br> Suite 2300 <br> Louisville, KY 40202 <br> Telephone: (502) 589-5980 <br> Email: estopher@bsg-law.com <br><br> *Counsel for Defendant Matthew Brock* | |

2

## CERTIFICATE OF SERVICE

      I hereby certify that on October 5, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

      */s/ Carolyn Purcell Michener*
*Counsel for Defendants Charles Bishop, Albey Brock, HD Cannington, John Combs, Mansfield Dixon, David Gambrel, Talmadge Hayes, Estate of John Garfield Howard, Johnny Jones, Greg Nunnelley, Jay Steele, Jerry Woolum, M.D., and The Pineville Community Hospital Administrative Services Agreement Health Care Plan*

1401688:1:LOUISVILLE