**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

| | |
|---|---|
| AMY JACKSON-BOLINGER, PAMELA JOHNSON, AND MELISSA NORTH *on behalf of themselves and all others similarly situated*, | ) ) ) ) ) |
| Plaintiffs, | ) Civil Action No. 6:19-CV-152-REW |
| | ) |
| v. | ) |
| | ) |
| AMERICORE HEALTH, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## RESPONSE TO SHOW CAUSE ORDER

Throughout this litigation, the Americore Health Defendants have been inactive and unrepresented by counsel. In light of the Plaintiffs' recent dismissal of the only active and represented Defendants in the litigation, Plaintiffs have been unable to coordinate with the remaining Defendants to submit a joint status report. For their status report, Plaintiffs advise that they have:

(1) settled with the individual board member Defendants;

(2) dismissed the individual board member Defendants; and

(3) moving the Court for an order dismissing the entire action pursuant to Federal Rule of Civil Procedure 41(a)(2) at this time.

Respectfully Submitted,

*/s/ Ronald E. Johnson, Jr.*
Ronald E. Johnson, Jr. (KY 88302)
Sarah N. Emery (KY 94261)
Hendy Johnson Vaughn Emery, PSC
909 Wright's Summit Parkway #210
Ft. Wright, Kentucky 41011
Tel. 859.578.4444
Facsimile 859.578.4440
rjohnson@justicestartshere.com
semery@justicestartshere.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed on this 25th day of January, 2021, through the Court's ECF system, which will send an electronic notice to all counsel of record.

*Ronald E. Johnson, Jr.*
Ronald E. Johnson Jr.